# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. **3:17-CR-00057** |
| v. ) | |
| ) | |
| KENNETH SHORT, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER TERMINATING SUPERVISED RELEASE

Before the Court is the Defendant's Motion for Early Termination of Supervised Release. (Doc. No. 8). The Defendant, Kenneth Short, is currently on supervised release after pleading guilty to possession with intent to distribute five grams or more of methamphetamine, possession with intent to distribute 500 grams or more of cocaine, possession of firearms by a convicted felon, and possession of firearms in furtherance of a drug trafficking crime, all before the United District Court for the Middle District of Florida, Tampa Division. (Doc. Nos. 2-2; 2-3). On July 20, 2006, Mr. Short was sentenced by United States District Court Judge Susan C. Bucklew to one hundred sixty eight (168) months in the Bureau of Prisons, followed by five years of supervised release. (Doc. No. 2-3). Mr. Short's sentence was subsequently reduced one hundred forty seven (147) months pursuant to 18 U.S.C. § 3582(c)(2). (Doc. No. 2-4). Mr. Short began his term of supervised release on March 17, 2017, and the jurisdiction of this case and his supervised release was transferred to this Court by virtue of an order entered on April 7, 2017, accepted by this Court on April 17, 2017. (Doc. No. 1). The United States Government does not oppose or object to Defendant's motion for early termination of the Defendant's supervised release. (Doc. No. 13). Moreover, the United States Probation Office acknowledged its support

1

for the motion in open Court during the hearing held on November 12, 2018. As such, the motion is unopposed.

The Court ordered the parties to appear for a hearing on November 12, 2018, so the Court could meet and talk to the Defendant in person. (Doc. No. 12). The Court finds Mr. Short has had no violations of his conditions of supervised release and that he appears to have successfully transitioned into the community. "The court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7) . . . terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice[.]" 18 U.S.C. § 3583(e)(1).

The Court has considered all the factors listed in § 3583(e)(1), and the interest of justice warrants ending his term of supervised release at this time. Accordingly, Defendant's Motion for Early Termination of Supervised Release (Doc. No. 8) is hereby **GRANTED**. Defendant's term of supervised release is hereby **TERMINATED**.

IT IS SO ORDERED.

_____
**WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE**